1180

No. 99–7833.  LANDRY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–7837.  JOYNER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–7838.  GALLARDO v. UNITED STATES PAROLE COMMISSION.  C. A. 3d Cir.  Certiorari denied.

No. 99–7840.  KIND, AKA SWAN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–7843.  JONES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–7847.  TALLEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–7849.  WILLIAMS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 99–7852.  TORRES ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–7859.  NIX v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–7862.  IBRAHIM v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 99–7868.  ANDERSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 99–7880.  DAVIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–7881.  DAVIDSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 99–7888.  DIAZ, AKA LUZ LUCIO DE LA CRUZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–7891.  HUBERT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.